FILED

09/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0450

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0450

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JOHN RAYMOND WELZEL,

     Defendant and Appellant.

O R D E R

_____

Sean D. Hinchey, counsel for Appellant John Raymond Welzel, has moved the Court to withdraw as counsel and for appointment of counsel from the Appellate Defender Division. Counsel states that Appellant is currently incarcerated and indigent, and has potential issues for appeal that will require alternative counsel.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that the motion for appointment of counsel is GRANTED. The Appellate Defender Division shall have thirty (30) days from the date of this Order within which to file either a Notice of Appearance or a motion to rescind this Order appointing counsel. In the event Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order any additional transcripts if they have not been already ordered.

The Clerk is directed to provide a copy of this Order to counsel of record, to the Appellate Defender Division, and to Appellant John Raymond Welzel personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 25 2023